FILED
2007 Jun-13 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

FILED
07 JUN -8 AM 11:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

DANIEL LUBOWA                                                          PETITIONER

V.                                              Alien No. 72 680 243

                                                CV-07-B-1073-S

U. S. ATTORNEY GENERAL; WARDEN HASSEL,          RESPONDENTS
ETOWAH COUNTY DETENTION CENTER, ET AL.

### PETITION FOR A WRIT OF HABEAS CORPUS

The above styled Petitioner most respectfully petitions the Court to issue a writ of habeas corpus to the instant Respondents pursuant to 28 U.S.C. § 2241(c), because Petitioner is being illegally incarcerated in contradiction of the law of the United States.

Petitioner is a native and citizen of Uganda, who entered the United States in 2001 under a visitor for business visa to carry out missionary work. He was charged with mail fraud, convicted, and sentenced to 40 months in prison. He was released from prison on May 5, 2004 into the custody of the instant respondents who have kept him in custody until now. During the course of this three years incarceration, Petitioner appeared before an immigration judge on April 24, 2006, and the immigration judge denied his application for asylum and withholding of removal and ordered him deported to his native Country. Petitioner took up an appeal to the Board of Immigration Appeals (BIA), which denied his appeal on September 13, 2006.

1

After the denial of the appeal, notwithstanding other non-direct appeal motions/petitions, Petitioner informed respondents that his appeal having been denied, although he has no doubt that he is definitely going to be persecuted for allegations in the FBI's complaint that informed his country's government that Petitoner has committed treason and is a threat to the security of his country, he would rather be deported to his death than stay in jail. As such, he has fully cooperated with the respondents in every possible way to effectuate his repatriation, including the aid in the procurement of his travel documents.

Therefore, because Congress only allowed respondents to incarcerate Petitioner for no more than three months where petitioner has now been in jail past six months, thereby violating the U.S. Supreme Court's edict that gave respondents six-months as a reasonable time to effectuate his removal, the Court is most humbly prayed to issue the writ of habeas Corpus to the respondents, as this is the only way Petitioner's liberty can be restored.

Most Respectfully,

Daniel Lubowa, 6/06/07
ECDC, Unit 1 #109
827 Forrest Avenue
Gadsden, AL 35901

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the Petition for a Writ of Habeas Corpus to

The United States Attorney, 1801 Fourth Avenue North, Birmingham, Alabama 35203

this day of June 6, 2007.

Most Respectfully,

Daniel Lubowa, 6/06/07<br>
ECDC, Unit 1 #109<br>
827 Forrest Avenue<br>
Gadsden, AL 35901