IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LUBOWA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:07-cv-01073-SLB-JEO |
| | ) | |
| MICHAEL MUKASEY, UNITED STATES ATTORNEY GENERAL, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The petitioner, Daniel Lubowa, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks release pending his repatriation to Uganda.

On April 17, 2008, the respondents filed a motion to dismiss this action as moot premised upon the petitioner being removed from the United States on April 11, 2008. Therefore, the respondents assert that there is no longer a case or controversy between the parties. The court agrees with the respondents. Accordingly, this action is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE**, this 7th day of May, 2008.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE